Glenn R. Kantor – SBN 122643
 Email: gkantor@kantorlaw.net
Corinne Chandler - SBN 111423
 E-mail: cchandler@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

Attorneys for Plaintiff,
KIMBERLY JACKSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JACKSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANTHEM BLUE CROSS OF CALIFORNIA AND ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>  Defendants. | Case No.: 3:12 CV 05471 NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date:  January 23, 2013**<br><br>**Time:  10:00 a.m.** |

The parties, by and through their respective attorneys, hereby stipulate as follows:

Whereas, this case is scheduled for a Case Management Conference on January 23, 2013 at 10: a.m.

Whereas, there are three similar cases between defendants and clients represented by plaintiff's counsel herein, Kantor & Kantor, involving issues concerning defendant's criteria for approval of back surgeries;

Whereas, counsel for plaintiff and defendant herein have discussed an alternative procedure for a binding resolution of all three matters;

Whereas, it is anticipated that if the proposed binding alternative procedure is approved by all clients and defendants, the parties will request this Court to dismiss this action with prejudice.

Whereas, it is further anticipated that within the next thirty (30) days, the parties will know whether the proposed alternative procedure will be agreeable to all parties.

Now therefore, it is hereby stipulated and agreed, subject to the Court's approval, to continue the Case Management Conference currently scheduled for January 23, 2013 to a date after February 9, 2013.

Dated:  January 10, 2013                         REED SMITH LLP


                                                 By:     /s/ Amir Shlesinger
                                                     Amir Shlesinger
                                                     Katherine W. Insogna
                                                     Attorneys for Defendants Blue Cross of
                                                     California dba Anthem Blue Cross and
                                                     Anthem Blue Cross Life and Health
                                                     Insurance Company


Dated: January 10, 2013                          KANTOR & KANTOR LLP


                                                 By:     /s/ Corinne Chandler
                                                     Glenn R. Kantor
                                                     Corinne Chandler
                                                     Attorneys for Plaintiff, Kimberly Jackson


### [PROPOSED] ORDER

The Court having read and approved of the parties' Stipulation, it is hereby ordered that the Case Management Conference, currently scheduled for January 23, 2013, is continued to ~~February 13, 2013~~.


Dated:  January 11, 2013

                                                 The H_____ usins
                                                 U.S. M_____

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*

2

STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE