Glenn R. Kantor – SBN 122643
 Email: gkantor@kantorlaw.net
Corinne Chandler - SBN 111423
 E-mail: cchandler@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

Attorneys for Plaintiff,
KIMBERLY JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JACKSON, | Case No.: 3:12 CV 05471 NC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | Date:  January 23, 2013 |
| ANTHEM BLUE CROSS OF CALIFORNIA AND ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, | Time:  10:00 a.m. |
| Defendants. | |

The parties, by and through their respective attorneys, hereby stipulate as follows:

Whereas, this case is scheduled for a Case Management Conference on January 23, 2013 at 10: a.m.

Whereas, there are three similar cases between defendants and clients represented by plaintiff's counsel herein, Kantor & Kantor, involving issues concerning defendant's criteria for approval of back surgeries;

Whereas, counsel for plaintiff and defendant herein have discussed an alternative procedure for a binding resolution of all three matters;

Whereas, it is anticipated that if the proposed binding alternative procedure is approved by all clients and defendants, the parties will request this Court to dismiss this action with prejudice.

Whereas, it is further anticipated that within the next thirty (30) days, the parties will know whether the proposed alternative procedure will be agreeable to all parties.

Now therefore, it is hereby stipulated and agreed, subject to the Court's approval, to continue the Case Management Conference currently scheduled for January 23, 2013 to a date after February 9, 2013.

Dated:  January 10, 2013                                        REED SMITH LLP

By:     /s/ Amir Shlesinger
         Amir Shlesinger
         Katherine W. Insogna
         Attorneys for Defendants Blue Cross of
         California dba Anthem Blue Cross and
         Anthem Blue Cross Life and Health
         Insurance Company

Dated: January 10, 2013                                         KANTOR & KANTOR LLP

By:     /s/ Corinne Chandler
         Glenn R. Kantor
         Corinne Chandler
         Attorneys for Plaintiff, Kimberly Jackson

**[PROPOSED] ORDER**

The Court having read and approved of the parties' Stipulation, it is hereby ordered that the Case Management Conference, currently scheduled for January 23, 2013, is continued to February 13, 2013.

Dated:  January 11, 2013

The H_____
U.S. M_____

IT IS SO ORDERED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525