Kurt C. Peterson (SBN 83941)
kpeterson@reedsmith.com
Kenneth N. Smersfelt (SBN 166764)
ksmersfelt@reedsmith.com
Amir Shlesinger (SBN 204132)
ashlesinger@reedsmith.com
Katherine W. Insogna (SBN 266326)
kinsogna@reedsmith.com
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:  +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Blue Cross of California dba Anthem
Blue Cross and Anthem Blue Cross Life
and Health Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JACKSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANTHEM BLUE CROSS OF CALIFORNIA AND ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No.: 3:12-cv-05471-NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Compl. Filed:   October 23, 2012<br><br>Honorable Nathanael M. Cousins |

The parties, by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, this case is scheduled for a Case Management Conference on February 13, 2013;

WHEREAS, Plaintiff and Defendant are in the process of negotiating a settlement of this case through an alternative resolution mechanism;

WHEREAS, the parties previously stipulated, and this Court ordered, the case management conference previously scheduled for January 23, 2013 be continued to February 13, 2013 to allow the parties an opportunity to negotiate a settlement; and

WHEREAS, it is anticipated that a settlement will be reached in the near future, resulting in a request that this Court dismiss this action with prejudice; and

NOW THEREFORE, it is hereby stipulated and agreed, subject to the Court's approval, to continue the Case Management Conference currently scheduled for February 13, 2013 to a date on or after April 10, 2013 to allow the parties adequate time to finalize their settlement and reduce the settlement in writing.

Dated:  February 4, 2013                REED SMITH LLP

                                        By: /s/ Katherine W. Insogna
                                            Amir Shlesinger
                                            Katherine W. Insogna
                                            Attorneys for Defendants Blue Cross
                                            of California dba Anthem Blue Cross
                                            and Anthem Blue Cross Life and
                                            Health Insurance Company

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Dated: February 4, 2013                          KANTOR & KANTOR LLP

3                                                   By: /S/ Glenn Kantor
4                                                        Glenn R. Kantor
                                                         Corinne Chandler
5                                                        Attorneys for Plaintiff,
                                                         Kimberly Jackson

## [PROPOSED] ORDER

The Court having read and approved of the parties' Stipulation, it is hereby ordered that the Case Management Conference, currently scheduled for February 13, 2013, is further continued to April 17, 2013 at 10:00 a.m.

Dated: February 5, 2013

The Honorable Nathanael Cousins

U.S. Magistrate Judge