Glenn R. Kantor – SBN 122643
 Email: gkantor@kantorlaw.net
Corinne Chandler - SBN 111423
 E-mail: cchandler@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

Attorneys for Plaintiff,
KIMBERLY JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JACKSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ANTHEM BLUE CROSS OF CALIFORNIA ) <br> AND ANTHEM BLUE CROSS LIFE AND ) <br> HEALTH INSURANCE COMPANY, ) <br> ) <br> Defendants. ) | Case No.: 3:12 CV 05471 NC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> **Date:  April  17, 2013** <br><br> **Time:  10:00 a.m.** |

The parties, by and through their respective attorneys, hereby stipulate as follows:

Whereas, this case is scheduled for a Case Management Conference on April 17, 2013 at 10:00 a.m.;

Whereas, the basis for this dispute involved defendant's denial of health insurance benefits to pay for back surgery for plaintiff;

Whereas, since the filing of this action, plaintiff's insurance coverage with defendant terminated and she subsequently became insured through Medicare;

Whereas, plaintiff has since had the surgery, which was paid for by Medicare; and

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Whereas, it is further anticipated that within the next thirty (30) days, plaintiff will ascertain whether her substantive claims are moot and/or whether there are additional remedies she can pursue.

Now therefore, it is hereby stipulated and agreed, subject to the Court's approval, to continue the Case Management Conference currently scheduled for April 17, 2013 to a date after May 15, 2013.

Dated:  April 15, 2013                         REED SMITH LLP

By:   /s/ Amir Shlesinger
Amir Shlesinger
Katherine W. Insogna
Attorneys for Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company

Dated: April 15, 2013                          KANTOR & KANTOR LLP

By:   /s/ Corinne Chandler
Glenn R. Kantor
Corinne Chandler
Attorneys for Plaintiff, Kimberly Jackson

**[PROPOSED] ORDER**

The Court having read and approved of the parties' Stipulation, it is hereby ordered that the Case Management Conference, currently scheduled for April 17, 2013, is continued to   May 15, 2013  .

Dated:  April 15, 2013

IT IS SO ORDERED
Judge Nathanael M. Cousins

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE