1  Glenn R. Kantor – SBN 122643
    Email: gkantor@kantorlaw.net
2  Corinne Chandler - SBN 111423
    E-mail: cchandler@kantorlaw.net
3  KANTOR & KANTOR LLP
   19839 Nordhoff Street
4  Northridge, California 91324
   (818) 886 2525 (Tel)
5  (818) 350 6272 (Fax)

6  Attorneys for Plaintiff,
   KIMBERLY JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIMBERLY JACKSON, | ) | Case No.: 3:12 CV 05471 NC |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | ) ) | |
| | ) | **Date: April 17, 2013** |
| ANTHEM BLUE CROSS OF CALIFORNIA AND ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, | ) ) ) ) | **Time: 10:00 a.m.** |
| Defendants. | ) | |

The parties, by and through their respective attorneys, hereby stipulate as follows:

Whereas, this case is scheduled for a Case Management Conference on April 17, 2013 at 10:00 a.m.;

Whereas, the basis for this dispute involved defendant's denial of health insurance benefits to pay for back surgery for plaintiff;

Whereas, since the filing of this action, plaintiff's insurance coverage with defendant terminated and she subsequently became insured through Medicare;

Whereas, plaintiff has since had the surgery, which was paid for by Medicare; and

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Whereas, it is further anticipated that within the next thirty (30) days, plaintiff will ascertain whether her substantive claims are moot and/or whether there are additional remedies she can pursue.

Now therefore, it is hereby stipulated and agreed, subject to the Court's approval, to continue the Case Management Conference currently scheduled for April 17, 2013 to a date after May 15, 2013.

Dated:  April 15, 2013                REED SMITH LLP

By:     /s/ Amir Shlesinger
        Amir Shlesinger
        Katherine W. Insogna
        Attorneys for Defendants Blue Cross of
        California dba Anthem Blue Cross and
        Anthem Blue Cross Life and Health
        Insurance Company

Dated: April 15, 2013                KANTOR & KANTOR LLP

By:     /s/ Corinne Chandler
        Glenn R. Kantor
        Corinne Chandler
        Attorneys for Plaintiff, Kimberly Jackson

**[PROPOSED] ORDER**

The Court having read and approved of the parties' Stipulation, it is hereby ordered that the Case Management Conference, currently scheduled for April 17, 2013, is continued to   May 15, 2013  .

Dated:  April 15, 2013

IT IS SO ORDERED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE