United States District Court
Northern District of California

1

2

3

4                         UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7  KIMBERLY JACKSON,                    Case No.  12-cv-05471-JST

              Plaintiff,
8                                       **ORDER TO FILE STIPULATION OF
                                        DISMISSAL**
9       v.

10  ATHEM BLUE CROSS OF CALIFORNIA,     Re: Dkt. No. 22
   et al.,
11                Defendants.

12          The parties stated on the record on June 14, 2013, that they have settled this action.  *See*

13  Dkt. No. 22.  Accordingly, all deadlines and hearings in this case are VACATED.  By July 26,

14  2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining

15  why they failed to comply with this Order.

16          Any continuance of the deadline set in this Order requires a showing of good cause.

17  Failure to comply with that deadline may result in sanctions.

18          **IT IS SO ORDERED**.

19  Dated:  June 14, 2013

20                                      _____
                                                  JON S. TIGAR
21                                         United States District Judge

22

23

24

25

26

27

28